AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| LORENZO PERFECTO-GARCIA | CASE NUMBER: 08 CR 1082-W |

I, **LORENZO PERFECTO-GARCIA**, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4-8-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Lorenzo Perfecto Garcia_
Defendant

_____
Counsel for Defendant

Before _McWinie_
JUDICIAL OFFICER